IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| LUKE-DORF, INC., | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 170387N |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL[1]** |

This matter came before the court on its own motion to dismiss for lack of prosecution. At the case management conference held February 15, 2018, Plaintiff agreed to file a status report by March 19, 2018. That agreement was memorialized in a Journal Entry, issued February 16, 2018, which warned that Plaintiff's appeal might be dismissed if Plaintiff failed to respond. Plaintiff failed to file a status report or otherwise communicate with the court by the March 19, 2018, deadline.

On March 27, 2018, the court issued an Order directing Plaintiff to file a status report within 14 days. That Order warned that Plaintiff's appeal would be dismissed if Plaintiff failed to respond. The 14-day period for Plaintiff's response has passed, and the court has not received any further communication from Plaintiff. Under such circumstances, dismissal is appropriate. Now, therefore,

/ / /

/ / /

/ / /

_____

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered April 18, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal be dismissed.

Dated this ____ day of May 2018.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer and entered on May 7, 2018.*